## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

**UNITED STATES OF AMERICA**

**-vs-**

**Case No.  1:14-CR-372**

**THOMAS QUINN, JR.**

**Defendant's Attorney:**
**Natasha Perdew Silas**

---

## JUDGMENT IN A CRIMINAL CASE
### (For Offenses Committed On or After November 1, 1987)

The defendant plead guilty to the Violation Notice as orally modified/amended.   Accordingly the defendant is adjudged guilty of such count which involves the following offense:

| Title & Section | Nature of Offense | Count No. |
|---|---|---|
| 18 USC 641 | Theft of Public Money | 1 |

The defendant is sentenced as provided in pages 2 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall pay the special assessment of **$25.00**, due immediately.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States attorney for this district within thirty days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: XXX-XX-1846
Defendant's Date of Birth: XX/XX/67
Defendant's Address: Atlanta, Georgia

Date of Imposition of Sentence:
JULY 14, 2014

Signed this _____14th_____ day of July, 2014.

GERRILYN G. BRILL
UNITED STATES MAGISTRATE JUDGE

1:08-MJ-372: THOMAS QUINN, JR.

# PROBATION

The defendant is hereby placed on supervised probation for a term of three (3) years.

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as directed by the probation officer.

☐     the above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if appropriate.)

If this judgment imposes a fine or a restitution obligation, it shall be a condition of probation that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions of the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1)   the defendant shall not leave the judicial district without the permission of the court or probation office;

2)   the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3)   the defendant shall answer truthfully all inquiries by the probation officer and follow the instruction s of the probation officer;

4)   the defendant shall support his or her dependants and meet other family responsibilities;

5)   the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)   the defendant shall notify the probation officer ten days prior to any change in residence or employment;

7)   the defendant shall refrain from excessive use of alcohol;

8)   the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)   the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

10)   the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer:

11)   the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)   the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13)   as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

## CVB  FINE PAYMENT SLIP

Name:   THOMAS QUINN, JR.                          Date:   7/14/14

Case No.   1:14-mj-372

Magistrate Judge:   **GERRILYN G. BRILL**

IN LIEU of trial you have agreed to pay the total amount of   **$ .00**   , consisting

of   **$ .00**   Forfeiture Collateral PLUS a Processing fee of $25.00.  Read the

PAYMENT INFORMATION appearing at the bottom of this page.  **Failure to pay**

**within 30 days will result in the issuance of a warrant for arrest.**

**SENTENCE  IMPOSED BY THE COURT:**

_____ **FINE of** _____

X   **SPECIAL  ASSESSMENT of**   $25.00   (pursuant to 18 USC §3013)

_____ To be paid on terms/conditions of the U.S. Probation Office

X   GO DIRECTLY TO THE 22ND FLOOR CLERK'S OFFICE AND PAY TODAY

_____ **RESTITUTION of**   $ _____

_____ Months/Years **IMPRISONMENT/CUSTODY**

_____ REMANDED TO THE CUSTODY OF THE U.S. MARSHAL.

_____ Voluntary surrender on or before _____

12   Months/Years **PROBATION***   X   Supervised   _____ Administrative

X   GO DIRECTLY TO THE PROBATION OFFICE ON THE 9th FLOOR

***SPECIAL CONDITIONS**

_____

## PAYMENT  INFORMATION

~~All payments are due within 30 days unless specified by the Court~~

** Make CHECKS or MONEY ORDERS payable to: CLERK, U.S.D.C. and mail directly to:

**Central Violations Bureau**
**P.O. Box 71363**                  Or pay on-line at:   **www.cvb.uscourts.gov**
**Philadelphia, PA 19176-1363**

Write your CASE /CITATION NUMBER on  ALL PAYMENTS.
**WARNING:**  You WILL NOT RECEIVE CREDIT for any payment made WITHOUT your case/citation
number on the payment.